No. 5,538.—STATE ex rel. R. E. McGOWAN, Relator, *v.*
DISTRICT COURT et al., Respondents.

Original application for writ of supervisory control directed
to the District Court of Lewis and Clark County and W. H.
Poorman, one of its judges, to review an order of said court
dismissing without prejudice the complaint in an action en-
titled *Jno. O. Swedman, Plaintiff,* v. *R. E. McGowan, De-
fendant.*

Decided May 14, 1924.

PER CURIAM.—Relator's application for writ of super-
visory control is denied.

*Mr. C. A. Spaulding,* for Relator.

---

No. 5,544.—STATE ex rel. CHRISTIAN YEGEN, Relator, *v.*
DISTRICT COURT et al., Respondents.

Original application for writ of prohibition directed to the
District Court of Silver Bow County, and Jeremiah J. Lynch, a
Judge thereof, to restrain respondents from proceeding with
the trial of a cause entitled *State of Montana, Plaintiff,* v.
*Christain Yegen et al., Defendants.*

Decided May 19, 1924.

PER CURIAM.—Relator's application for writ of prohibi-
tion herein is denied.

*Messrs. Canning & Geagan,* for Relator.